268 F.2d 217
 STANDARD INSURANCE COMPANY, a corporation,
v.
Floyd M. BLAIR et al.
 No. 6091.
 United States Court of Appeals Tenth Circuit.
 March 24, 1959.
 
 Appeal from the United States District Court for the Western District of Oklahoma.
 Howell & Smith, Oklahoma City, Okl., for appellant.
 Duvall & Head and Cargill, Cargill & Chiaf, Oklahoma City, Okl., for appellees.
 Before BRATTON, Chief Judge, and PICKETT, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed on motion of appellant.